Certificate Number: 03088-PAE-DE-032083866

Bankruptcy Case Number: 18-18079



03088-PAE-DE-032083866

# C<small>ERTIFICATE</small> O<small>F</small> D<small>EBTOR</small> E<small>DUCATION</small>

I CERTIFY that on December 28, 2018, at 1:28 o'clock PM CST, Charles Greif completed a course on personal financial management given by telephone by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  December 28, 2018          By:   /s/David Nungesser for Susan D. Gann

                                  Name: Susan D. Gann

                                  Title: Counselor