IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In Re: | : | |
|---|---|---|
| Charles Greif | : | Chapter 13 |
| | : | |
| | : | Case No. 18-18079 AMC |
| Debtor(s) | : | |

## CERTIFICATE OF NO RESPONSE

I hereby certify that no answer, objection or other responsive pleading or request for a hearing has been filed in response to the Application for Compensation filed at Docket Number 16.

Dated: April 10, 2019                        /s/ Brad J. Sadek, Esquire
                                             Brad J. Sadek, Esquire
                                             Sadek and Cooper
                                             1315 Walnut Street, Suite 502
                                             Philadelphia, PA 19107
                                             215-545-0008