UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
|     Charles Greif | : | Chapter 13 |
| | : | No.: 18-18079-ELF |
|     Debtor(s) | : | |

### RESPONSE OF DEBTOR TO THE MOTION FOR RELIEF OF AUTOMATIC STAY FILED BY COMMUNITY LOAN SERVICING, LLC.

Debtor, Charles Greif, by and through their undersigned Counsel, Brad J. Sadek, in response to the Motion for Relief filed by Community Loan Servicing, LLC hereby submits the following:

1. Admitted.

2. Admitted.

3. Admitted.

4. Admitted.

5. Admitted.

6. Denied. Debtor avers all payments have been made to date.

7. Debtor opposes the same.

8. Denied. Debtor requests Movant's full post-petition accounting to compare with the debtor's record of payments.

9. Denied.

10. No response required.

WHEREFORE, based on the aforementioned, Movant shall be denied an Order modifying the Automatic Stay under Bankruptcy Code Section 362.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: May 12, 2021 | _____ |
|  | /s/ Brad J. Sadek, Esq. |
|  | Attorney for the Debtor |
|  | Sadek & Cooper |
|  | 1315 Walnut Street, #502 |
|  | Philadelphia, PA 19107 |
|  | (215) 545-0008 |

## CERTIFICATE OF SERVICE

I Brad J. Sadek, Esq. certify that on the date indicated below served a true and correct copy of the Debtor's Response to the Motion for Relief from Automatic Stay by electronic or Regular U.S. Mail on all creditors and the following parties:

**William C. Miller, Esq.**
Chapter 13 Trustee

**Rebecca A. Solarz**
Electronic Notice
Attorney for Movant

|  |  |
|---|---|
| Dated: May 12, 2021 | /s/Brad J. Sadek, Esq_ |
|  | Brad J. Sadek, Esq. |
|  | Attorney for Debtor |
|  | 1315 Walnut Street |
|  | Suite #502 |
|  | Philadelphia, PA 19107 |