**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                              :          **Chapter 13**
    **CHARLES GREIF,**                :
        **Debtor**                      :          **Bky. No.  18-18079 ELF**

## **O R D E R**

    **AND NOW,** upon consideration of the Debtor's Motion to Modify Confirmed Plan ("the

Motion"), and after notice and hearing, and with the consent of the Chapter 13 Trustee,

    It is hereby **ORDERED** that:

1.  The Motion is **GRANTED**.

2.  The Debtor's Amended Chapter 13 Plan (Doc. #42) is **APPROVED**.

**Date:  July 7, 2021**

                                 **ERIC L. FRANK**
                                 **U.S. BANKRUPTCY JUDGE**