**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **Case No.: 18-18079** |
| **Charles Greif** | : | **Chapter 13** |
| | : | **Judge Eric L. Frank** |
| **Debtor(s)** | : | * * * * * * * * * * * * * * * * * * |
| | : | |
| | : | **Related Document #** |
| | : | |
| | : | |
| | : | |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICES**

The undersigned attorney enters their appearance as counsel for Nationstar Mortgage LLC, its successor and assigns ("Creditor") in the above referenced case. Please send all notices issued in this case to the undersigned at the address below.

        Respectfully submitted,

        /s/ Alyk L. Oflazian
        Alyk L. Oflazian, Esquire (312912)
        Adam B. Hall (323867)
        Manley Deas Kochalski LLC
        P.O. Box 165028
        Columbus, OH  43216-5028
        Telephone: 614-220-5611
        Fax: 614-627-8181
        Attorneys for Creditor
        The case attorney for this file is Alyk L. Oflazian.
        Contact email is ALOflazian@manleydeas.com

22-017478_PS

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In re:** : | |
| : | **Case No.: 18-18079** |
| **Charles Greif** : | **Chapter 13** |
| : | **Judge Eric L. Frank** |
| **Debtor(s)** : | * * * * * * * * * * * * * * * * * * * |
| : | |
| : | **Related Document #** |
| : | |
| : | |
| : | |

## CERTIFICATE OF SERVICE

I certify that on the date of filing, a copy of the foregoing Notice of Appearance and Request for Notices was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

Kenneth E. West, Chapter 13 Trustee, ecfemails@ph13trustee.com

Brad J. Sadek, Attorney for Charles Greif, brad@sadeklaw.com

I certify that on the date of filing, a copy of the foregoing document was sent by U.S. Mail to the following:

Charles Greif, 3107 Willits Road, Philadelphia, PA  19114

/s/ Alyk L. Oflazian

22-017478_PS