United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 18-18079-elf

Charles Greif     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 3

Date Rcvd: Aug 24, 2022     Form ID: pdf900     Total Noticed: 28

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 26, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Charles Greif, 3107 Willits Road, Philadelphia, PA 19114-3816 |
| cr | + | Bayview Loan Servicing, LLC, A Delaware Limited Li, c/o KEVIN G. MCDONALD, 701 Market St. Suite 5000, Philadelphia, PA 19106-1541 |
| 14248152 | + | Bayview Loan Servicing, LLC,, A Delaware Limited Liability Company, c/o KEVIN G. MCDONALD, 701 Market St. Suite 5000, Philadelphia, PA 19106-1541 |
| 14242829 | + | KML Law Group P.C., Suite 5000- BNY Independance Center, 701 Market Street, Philadelphia, PA 19106-1541 |
| 14699094 | | NATIONSTAR MORTGAGE LLC, C/O ALYK L OFLAZIAN, Manley Deas & Kochalski LLC, PO BOX 165028, Columbus, Oh 43216-5028 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Aug 25 2022 00:07:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 25 2022 00:07:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 25 2022 00:15:20 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| 14242822 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Aug 25 2022 00:07:00 | Bayview Financial Loan, Attn: Bankruptcy Dept, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, FL 33146-1873 |
| 14273644 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Aug 25 2022 00:07:00 | Bayview Loan Servicing, LLC, 4425 Ponce de Leon Blvd, 5th Flr, Coral Gables, FL 33146-1839 |
| 14242823 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 25 2022 00:15:41 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 14333770 | | Email/Text: megan.harper@phila.gov | Aug 25 2022 00:07:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14242824 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 25 2022 00:15:23 | Citibank North America, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 14273306 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 25 2022 00:15:35 | Citibank, N.A., Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 14242825 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 25 2022 00:07:00 | Comenitycapital/boscov, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14552800 | + | Email/Text: nsm_bk_notices@mrcooper.com | Aug 25 2022 00:07:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable, FL 33146-1839 |

Case 18-18079-elf    Doc 60    Filed 08/26/22    Entered 08/27/22 00:28:22    Desc Imaged
Certificate of Notice    Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 24, 2022 | Form ID: pdf900 | Total Noticed: 28 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14242826 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Aug 25 2022 00:07:00 | Credit Collection Services, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 14242827 | + | Email/PDF: creditonebknotifications@resurgent.com | Aug 25 2022 00:15:42 | Credit One Bank, Attn: Bankruptcy, Po Box 98873, Las Vegas, NV 89193-8873 |
| 14242829 | ^ | MEBN | Aug 25 2022 00:05:22 | KML Law Group P.C., Suite 5000- BNY Independance Center, 701 Market Street, Philadelphia, PA 19106-1541 |
| 14263875 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 25 2022 00:15:34 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14242830 | + | Email/Text: MDSBankruptcies@meddatsys.com | Aug 25 2022 00:07:00 | MDS/Medical Data Systems, 2001 9th Avenue, Suite 312, Vero Beach, FL 32960-6413 |
| 14263874 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 25 2022 00:15:20 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14394959 | | Email/PDF: pa_dc_claims@navient.com | Aug 25 2022 00:15:41 | NAVIENT c/o, Navient Solutions, LLC., PO BOX 9640, Wilkes-Barre, PA 18773-9640 |
| 14698765 | | Email/Text: amps@manleydeas.com | Aug 25 2022 00:07:00 | Nationstar Mortgage LLC, c/o Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH 43216-5028 |
| 14708954 | + | Email/Text: nsm_bk_notices@mrcooper.com | Aug 25 2022 00:07:00 | Nationstar Mortgage, LLC, PO Box 619094, Dallas, TX 75261-9094 |
| 14469926 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 25 2022 00:15:34 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 14269579 | | Email/Text: bnc-quantum@quantum3group.com | Aug 25 2022 00:07:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14242831 | + | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Aug 25 2022 00:15:23 | Regional Acceptance Co, Attn: Bankruptcy, Po Box 1487, Wilson, NC 27894-1487 |
| 14242832 | + | Email/Text: bankruptcy@sw-credit.com | Aug 25 2022 00:07:00 | Southwest Credit Systems, 4120 International Parkway, Suite 1100, Carrollton, TX 75007-1958 |

TOTAL: 24

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14242828 | *+ | Credit One Bank, Attn: Bankruptcy, Po Box 98873, Las Vegas, NV 89193-8873 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 26, 2022    Signature:    /s/Gustava Winters

Case 18-18079-elf    Doc 60    Filed 08/26/22    Entered 08/27/22 00:28:22    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Aug 24, 2022 | Form ID: pdf900 | Total Noticed: 28 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 24, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ALYK L OFLAZIAN | on behalf of Creditor NATIONSTAR MORTGAGE LLC amps@manleydeas.com |
| BRAD J. SADEK | on behalf of Debtor Charles Greif brad@sadeklaw.com bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KEVIN G. MCDONALD | on behalf of Creditor Bayview Loan Servicing LLC, A Delaware Limited Liability Company bkgroup@kmllawgroup.com |
| MARIO J. HANYON | on behalf of Creditor Bayview Loan Servicing LLC, A Delaware Limited Liability Company wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Community Loan Servicing LLC fka Bayview Loan Servicing, LLC bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Bayview Loan Servicing LLC, A Delaware Limited Liability Company bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com |
| REBECCA ANN SOLARZ | on behalf of Creditor BAYVIEW LOAN SERVICING LLC bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 9

UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | Chapter 13 |
| CHARLES GREIF | |
| Debtor | Bankruptcy No. 18-18079-ELF |

# ORDER

**AND NOW**, this ___23rd___ day of ___August___, 2022, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**IT IS FURTHER ORDERED** that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

_____
Honorable Eric L. Frank
Bankruptcy Judge

Kenneth E. West, Trustee
P.O. Box 40837
Philadelphia, PA 19107

Debtor's Attorney:
BRAD J. SADEK ESQ
SADEK AND COOPER LAW FIRM
1500 JFK BLVD., SUITE 220
PHILADELPHIA, PA 19102-

Debtor:
CHARLES GREIF

3107 WILLITS ROAD

PHILADELPHIA, PA 19114